UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TIARRA KELLAM,

    Plaintiff,

                                      Case Number 3:16-cv-434-GNS

v.

WATSON, P.S.C.,

    Defendant.

_____/

## Complaint

1. The Plaintiff, Tiarra Kellam, sues Defendant, Watson, P.S.C., for failing to pay her 150% of her regular rate of pay for hours worked over forty in a workweek.

2. Section 7(a)(1) of the Fair Labor Standards Act (FLSA) requires that non-exempt employees be paid overtime for hours worked over forty in a workweek.

3. The Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

4. Defendant is a dental practice in Louisville, Kentucky.

5. Plaintiff is a resident of Jefferson County, Kentucky.

6. Plaintiff worked for Defendant from on or about October 1, 2015 to April 15, 2016.

7. Defendant paid Plaintiff an hourly wage.

8. Plaintiff worked as a receptionist. Her job duties included:

    A. Answering phones from clients, potential clients, vendors and insurance companies.

    B. The calls came from Kentucky and Indiana among other states.

    C. Delivering items as requested by Dr. Kewane Watson and Defendant.

    D. Assisting Dr. Watson.

    E. Entering medical records.

    F. Processing payments.

    G. Utilizing interstate telephone lines, faxes and internet.

9. Defendant paid Plaintiff the same hourly wage for hours worked 1 through 40 as for hours worked over 40.

10. Plaintiff asked Defendant why she did not get paid overtime.

11. Defendant answered Plaintiff that it does not pay overtime.

12. Defendant did not provide Plaintiff any legal reason for not paying her overtime.

13. Defendant health insurance payments from Plaintiff, but failed to assure that all payments deducted were properly paid to the insurance company so Plaintiff would have health insurance.

14. Defendant was Plaintiff's employer as defined by 29 U.S.C. § 203(d).

15. Defendant has been in business since 1999.

16. Defendant has annual gross revenues of over $500,000.

17. Defendant employs employees that handle goods or materials that have moved in interstate commerce such as telephones, paper, pen, computers and tender.

18. Defendant employs employees that are individually covered by the FLSA by virtue of their contact with interstate commerce.

19. Defendant is in the business of providing dental care at 2500 W Broadway, Louisville, Kentucky 40211.

20. Defendant is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(1)(A).

21. Defendant was required to pay Plaintiff in accordance to 29 U.S.C. § 207(a)(1).

22. Defendant did not pay Plaintiff contemporaneous overtime.

23. Defendant did not pay Plaintiff time and one half her regular rate of pay for overtime hours worked.

24. Defendant willfully violated the FLSA.

Wherefore, Plaintiff demands judgment, back pay, liquidated damages, attorneys' fees and costs.

Respectfully submitted this 6th day of July 2016,

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
Kentucky Bar Number 96913
Morgan & Morgan
20 N Orange Ave Ste 1600
Orlando, FL 32801
Tel – (407)420-1414
Email – bmazaheri@forthepeople.com