UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TIARRA KELLAM ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:16-cv-000434-GNS |
| ) | |
| WATSON, P.S.C. ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Tiarra Kellam, and Defendant, Watson, P.S.C., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismissal of this action with prejudice and each party to bear its own costs.

Respectfully submitted on this 3rd day of January, 2017.

| | |
|---|---|
| /s/Bernard R. Mazaheri | /s/ R. Joseph Stennis, Jr. |
| Bernard R. Mazaheri | Mitzi D. Wyrick |
| Morgan & Morgan | mitziwyrick@wyattfirm.com |
| 333 W Vine St Ste 1200 | R. Joseph Stennis, Jr. |
| Lexington, KY 40507 | jstennis@wyattfirm.com |
| bmazaheri@forthepeople.com | Wyatt, Tarrant & Combs LLP |
| ***Counsel for Plaintiff, Tiarra Kellam*** | 500 West Jefferson Street, Suite 2800 |
| | Louisville, KY  40202 |
| | Telephone:  (502) 589-5235 |
| | ***Counsel for Defendant Watson, P.S.C.*** |

61579054.1