UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TIARRA KELLAM )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>WATSON, P.S.C. )<br>)<br>DEFENDANT )<br>) | CIVIL ACTION NO. 3:16-cv-000434-GNS |

ORDER ON STIPULATION OF DISMISSAL

Plaintiff, Tiarra Kellam, and Defendant, Watson, P.S.C., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismissal of this action with prejudice and each party to bear its own costs.

SO ORDERED.

**Greg N. Stivers, Judge**
**United States District Court**

January 4, 2017